845 A.2d 766

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Barry Lee BREYER, Appellee.**

Supreme Court of Pennsylvania.

March 23, 2004.

## ORDER

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Montgomery County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).